IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALLEN WAYNE ESCALANTE                                                              PLAINTIFF

    v.                                    CIVIL NO. 12-2024

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                     DEFENDANT

**ORDER**

On January 31, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. Subsequently, an order was issued directing Plaintiff to provide more information on his IFP application. ECF No. 4. Plaintiff filed an amended IFP application on February 15, 2012. ECF No. 5. In his amended IFP application, Plaintiff states he has various expenses, but does not provide an estimate of these monthly expenses. As such, Plaintiff is directed to file an itemized list of his monthly expenses, which should include estimates of items such as rent or mortgage payments, credit card payments, utilities, gasoline, groceries, and any other expenses. Plaintiff should file his supplemental information by March 1, 2012. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 16th day of February 2012.

                                                                         /s/ *J. Marschewski*
                                                   HONORABLE JAMES R. MARSCHEWSKI
                                                   CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)