IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALLEN WAYNE ESCALANTE                                                              PLAINTIFF

v.                            Case No. 2:12-CV-02024

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                                 DEFENDANT

**O R D E R**

Currently before the Court is the Report and Recommendations (Doc. 9) filed in this case on March 5, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's Motion (Doc. 2) and Amended Motion (Doc. 5) to proceed *in forma pauperis* are DENIED, and Plaintiff is directed to pay the filing fee of $350.00 by June 8, 2012. Should Plaintiff fail to comply by that deadline, his Complaint may be dismissed for failure to obey a court order.

IT IS SO ORDERED this 9th day of May, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE