IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALLEN WAYNE ESCALANTE                                                                                    PLAINTIFF

v.                                      Case No. 2:12-CV-02024

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                                                           DEFENDANT

## JUDGMENT

Currently before the Court is the Report and Recommendation (Doc. 12) filed in this case on July 6, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to obey a Court order pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED** this 21st day of August, 2012.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE